# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAMAN EL-BEY, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | 2:09-cv-3189 |
| | : | |
| HONORABLE GARY DEVITO, | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this 17th day of March, 2010, upon consideration of Defendant, Judge Di Vito's[1], Motion to Dismiss (doc. no. 3), Plaintiff's lack of response thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is directed to market the above-captioned case **CLOSED.**

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____

**Mitchell S. Goldberg, J.**

---

[1] The Complaint refers to Judge Devito; however, the correct spelling is Judge Di Vito, which will be used for this Order. (Def.'s Motion; p. 1, n. 2.)